UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN WALTERS SEAKS,

    Plaintiff,                                 Civil Action No. 12-11783
                                             HON. BERNARD A. FRIEDMAN
vs.                                            MAG. JUDGE MICHAEL HLUCHANIUK

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge Michael Hluchaniuk's Report and Recommendation ("R&R") dated August 8, 2013 [docket entry 13]. Neither party has filed an objection to the R&R pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review this matter and believes that the magistrate judge reached the correct conclusions for the proper reasons

Accordingly,

IT IS ORDERED that Magistrate Judge Hluchaniuk's Report and Recommendation, dated August 8, 2013, is hereby accepted and adopted and the Commissioner's decision is remanded for further proceedings in accordance therewith.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is granted in part.

-1-

IT IS FURTHER ORDERED that defendant's motion for summary judgment is denied in part.

Dated: August 28, 2013         S/ Bernard A. Friedman_____
      Detroit, Michigan         BERNARD A. FRIEDMAN
                                     SENIOR UNITED STATES DISTRICT JUDGE